UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

DEUTSCHE BANK NATIONAL TRUST
COMPANY, AS TRUSTEE FOR ARGENT
SECURITIES INC., ASSET-BACKED
PASS-THROUGH CERTIFICATES,
SERIES 2006-M1,

*Plaintiff,*

– against –

DAVID NICKLE, NEW YORK CITY
HOUSING AUTHORITY, NEW YORK
CITY PARKING VIOLATIONS BUREAU,
NEW YORK CITY ENVIRONMENTAL
CONTROL BOARD, NEW YORK CITY
TRANSIT ADJUDICATION BUREAU,
JOHN DOE #2 THROUGH JOHN DOE
#12,

*Defendants.*

**ORDER**
24-cv-07889 (NCM) (PCG)

---

**NATASHA C. MERLE**, United States District Judge:

This Court has received the Report and Recommendation ("R&R") dated February 13, 2026, from the Honorable Peggy Cross-Goldenberg, United States Magistrate Judge. ECF No. 27. No objections have been filed.

The Court reviews "de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b); *see also Park v. Kim*, No. 20-cv-02636, 2022 WL 3643966, at *2 (E.D.N.Y. Aug. 24, 2022), *aff'd*, 91 F.4th 610 (2d Cir. 2024). Where no timely objections have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Finley v. Trans Union, Experian, Equifax*, No. 17-cv-0371, 2017 WL 4838764, at *1 (E.D.N.Y. Oct. 24, 2017) (quoting *Estate*

1

*of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011)).

Having reviewed the record, I find no clear error. I therefore adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

Accordingly, plaintiff's motion for default judgment is granted as to David Nickle and the New York City Housing Authority. Plaintiff is awarded $674,350.87, comprised of $594,297.25 in unpaid principal, $38,654.84 in deferred principal, $24,965.93 in past-due interest from October 1, 2023 through February 5, 2025, $271.38 in late charges, $7,698.99 in escrow balance, $1,160 in additional costs (property inspection, property valuation, title search), $6,800 in attorney's fees, and $915 in costs and disbursements, less $412.52 in credits. Plaintiff is also awarded per diem interest of $50.88, starting from February 6, 2025 until judgment is entered and post-judgment interest at the statutory rate. The foreclosure and sale of the Subject Property shall proceed as set forth in the Amended Proposed Judgment. Joseph R. Vasile, Esq. is appointed as referee to effectuate the foreclosure and auction, and he shall be paid $750 from the proceeds of the sale. Plaintiff shall be awarded from the sale any sums expended for taxes, assessments, water rates, and any additional costs for the expenses of the sale and the advertising expenses as shown on the bills presented to said referee and certified by him. Plaintiff's motion for default judgment against the New York City Parking Violation Bureau, the New York City Environmental Control Board, and the New York City Traffic Adjudication Bureau is denied, and these defendants are dismissed without prejudice. The John Doe Defendants

are dismissed. The Clerk of Court is respectfully directed to enter judgment and close the case.

**SO ORDERED.**

_/s/ Natasha C. Merle_
NATASHA C. MERLE
United States District Judge

Dated:        March 20, 2026
              Brooklyn, New York